**Electronically Filed
Supreme Court
SCAD-21-0000049
20-MAY-2021
08:26 AM
Dkt. 53 ORD**

SCAD-21-0000049

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

In re Application for the Reinstatement of

RONALD G.S. AU

ORIGINAL PROCEEDING
(ODC No. 18-0345)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the April 13, 2021 submission from the Office of Disciplinary Counsel (ODC) on behalf of the Disciplinary Board of the Hawai‘i Supreme Court, the declaration from attorney Natalie A. Nishida, daughter of deceased Petitioner Ronald G.S. Au, and the record in this matter, we note that attorney Nishida and the Au family have indicated that neither Nishida nor any other member of the family wishes to serve as substitute party in this proceeding. We therefore conclude, pursuant to Rule 43(a) of the Hawai‘i Rules of Appellate Procedure, that no substitute party exists in this matter, and that, in light of the passing of Petitioner Au, dismissal of this matter is warranted. Therefore,

IT IS HEREBY ORDERED that this proceeding is dismissed.

DATED: Honolulu, Hawai'i, May 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins